UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA


ROBERT PREST, III                          CIVIL ACTION

VERSUS                                     NO: 06-06522

STATE FARM INSURANCE COMPANY               SECTION: "R"(5)
and BRIAN R. BUBRIG INSURANCE
AGENCY, INC.


**ORDER AND REASONS**

Before the Court is Defendant State Farm Fire and Casualty Company's appeal of the Magistrate Judge's July 25, 2007 Order requiring it to participate in a Rule 30(b)(6) Deposition as well as its Ex Parte Motion for Emergency Stay of the Magistrate Judge's July 25, 2007 Order and Reversal of Magistrate's August 15, 2007 Order.  For the following reasons, the Court AFFIRMS the ruling of the magistrate Judge on July 25, 2007 and DENIES State Farm's Motion for an emergency stay and reversal.

A magistrate judge may hear and determine any pretrial matter pending before a district court.  28 U.S.C. § 636(b)(1)(A).  Federal law affords a magistrate judge broad discretion in the resolution of non-dispositive pretrial matters.

*See* Fed. R. Civ. P. 72(a). In a non-dispositive matter, a district court will reverse a magistrate judge's ruling only if the party challenging the decision can demonstrate that the determination was clearly erroneous or contrary to law. *Id.; see also Castillo v. Frank*, 70 F.3d 382, 385-86 (5th Cir. 1995).

The Court finds no error in the Magistrate Judge's decision. There are exceptional circumstances warranting the taking of this Rule 30(b)(6) deposition, including the advanced age and poor health of the plaintiff, the pre-trial conference scheduled for September 13, 2007, and the trial scheduled for September 24, 2007.

For the foregoing reasons, the Court AFFIRMS the rulings of the magistrate judge.

New Orleans, Louisiana, this 23rd day of August, 2007.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE